IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL L. DRUFFNER, Executor of the Estate of Patricia Murphy Waggoner, Deceased, | : : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 10-04298 |
| ROISIN E. O'NEILL; SEAN O'NEILL, SR.; O'NEILL BUILDERS, INC.; JCKN, INC., 23 J.T. ENTERPRISES, LTD.; 23 J.T. ASSOCIATES; JOSEPH A. RUFO; TONY RUFO; HARLEQUIN ENTERTAINMENT GROUP, LLC; ANNA ARENA; MIGUEL A. DORMAN; 23 CABARET, INC.; BROWNIE'S 23 EAST; WILLIAM DAVID MAGROGRAN; JOHN P. CAULFIELD; AND PAUL R. NANGLE, | : : : : : : : : : : : : | |
| Defendants. | : : : | |

## ORDER

**AND NOW**, this *23rd* day of *March*, 2011, upon consideration of the Partial Motion by Moving Defendants JCKN, Inc.; 23 J.T. Enterprises, Ltd.; 23 J.T. Enterprises, Inc.; 23 J.T. Associates a/t/d/b/a 23 J.T. Associates, GP; Joseph A. Rufo; Tony Rufo; Brownie's 23 East; and Paul R. Nangle to Dismiss Plaintiff Michael L. Druffner's Amended Complaint (Docket No. 34), and Plaintiff's Response in Opposition (Docket No. 38), it is hereby **ORDERED** that:

   1.  The Partial Motion to Dismiss (Docket No. 34) is **GRANTED IN PART** and **DENIED IN PART** as follows:

a. Moving Defendants' Motion to Dismiss certain allegations relating to Plaintiff's claim under the Pennsylvania Dram Shop Act (Count IV) is **DENIED**;

b. Moving Defendants' Motion to Dismiss Plaintiff's claim for common-law negligence (Count V) is **GRANTED**.

2. This Order shall have no effect on Defendants Harlequin Entertainment Group, LLC; Anna Arena; Miguel A. Dorman; 23 E. Cabaret, Inc.; William David Magrogan; or John P. Caulfield.

It is so **ORDERED**.

BY THE COURT:

*S/ RONALD L. BUCKWALTER*
RONALD L. BUCKWALTER, S.J.